UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

ABIGAIL CZENSZAK,

                Plaintiff,

   v.                                                       Civil No.  15-CV-00883-RJA-LGF

BRAENDEL PAINTING AND SERVICES, INC.,

                Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the Parties, by their counsel, stipulate that all claims, causes of action, and counterclaims, including, but not limited to, any claims arising under state or local law, be dismissed on the merits with prejudice and without costs, disbursements or attorneys' fees to any party.

Dated:  May 3, 2016                                     Dated:  May 17, 2016

**THE TARANTINO LAW FIRM LLP**           **HODGSON RUSS LLP**
*Attorneys for Plaintiff*                                *Attorneys for Defendants*

By:   s/Jenna S. Strazzulla                    By:    s/Joseph S. Brown
      Jenna S. Strazzulla                                   Joseph S. Brown
1500 Rand Building                              140 Pearl Street, Suite 100
14 Lafayette Square                             Buffalo, New York  14202
Buffalo, New York 14203                     Telephone: (716) 856-4000
Telephone:  (716) 849-6500                Facsimile:  (716) 849-0349
E-mail: *jenna.strazzulla@tarantinolaw.com*    Email: *jsbrown@hodgsonruss.com*